UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| ALICIA SIGALA, Individually and Purportedly on Behalf of a Class of Participants and Beneficiaries, and Purportedly on Behalf of CommonSpirit Health 401(k) Retirement Savings Plan, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2: 25-153-DCR |
| V. | ) ) ) | |
| COMMONSPIRIT HEALTH, COMMONSPIRIT HEALTH RETIREMENT PLAN SUBCOMMITTEE, COMMONSPIRIT HEALTH'S HUMAN RESOURCES AND COMPENSATION COMMITTEE, THE BOARD OF STEWARDSHIP, TRUSTEES OF COMMONSPIRIT HEALTH, AND JANE DOES 1-30, | ) ) ) ) ) ) ) ) ) ) | **ORDER OF DISMISSAL** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On This date, Plaintiff Alicia Sigala, individually and on purportedly on behalf of a Class of Participants and Beneficiaries, and purportedly on behalf of CommonSpirit Health 401(k) Retirement Savings Plan, filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure regarding all claims asserted against Defendants CommonSpirit Health, CommonSspirit Health Retirement Plan Subcommittee, CommonSpirit Health's Human Resources and Compensation Committee, the Board Of Stewardship, Trustees of CommonSpirit Health, and Jane Does 1-30.  [Record No.

- 1 -

- 2 -

5]    A review of the record indicates that no defendant has filed an Answer or otherwise responded to the plaintiff's Complaint.

Being sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** and **STRICKEN** from the docket. Further, the plaintiff's Complaint is **DISMISSED** and her claims asserted against Defendants CommonSpirit Health, CommonSspirit Health Retirement Plan Subcommittee, CommonSpirit Health's Human Resources and Compensation Committee, the Board of Stewardship, Trustees of CommonSpirit Health, and Jane Does 1-30 are **DISMISSED** without prejudice.

Dated:   October 27, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky